**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Marty Patterson and Patterson Midstream Services LLC v. Five Point Capital Midstream Funds I and II LP, their Manager, Five Point Energy LLC f/k/a Five Point Capital Partners, LLC, David N. Capobiano and Matthew Morrow

Appellate case number:   01-19-00643-CV

Trial court case number:  2019-18272

Trial court:            129th District Court of Harris County

On January 16, 2020, we abated this case for the trial court to clarify whether its order dated August 12, 2019 was a final judgment. On March 16, 2020, the district clerk filed a supplemental clerk's record that contained an "Order Awarding Attorney's Fees." It now appears that the appellate record contains a final judgment. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). We therefore deny appellees' motion to dismiss the appeal for lack of jurisdiction as moot.

On March 3, 2020, appellants filed a motion to reinstate the appeal. The parties have already filed briefs and the appellate record has been filed in this Court. Accordingly, we grant appellants' motion and we REINSTATE this case on the Court's active docket. The case will be set for submission at the earliest practicable time.

It is so ORDERED.

Judge's signature:        _____/s/ Sherry Radack_____
                         ☒ Acting individually     ☐ Acting for the Court

Date:   ___March 19, 2020_____